# Court of Appeals
# of the State of Georgia

ATLANTA, __December 08, 2023__

*The Court of Appeals hereby passes the following order:*

**A24A0513.  GARNESHA WHITE v. 880 APARTMENTS, LLC.**

The appeal of the above-referenced case was docketed on October 26, 2023, and the appellant was notified that enumerations of error and brief were due within 20 days of docketing (*i.e.*, by November 15, 2023). Appellant filed an extension of time on November 15, 2023, and the same was granted until November 29, 2023. As of the current date, appellant has failed to file her enumerations of error and brief and has not moved for additional time in which to file. Accordingly, pursuant to Court of Appeals Rules 7 and 23 (a), this appeal is hereby DISMISSED. *See Britton v. Fed. Nat'l Mortg. Ass'n*, 307 Ga. App. 581, 582 (1) (705 SE2d 682) (2011).



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,__12/08/2023_____

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.* _Stephen E. Castlen_____